# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0080.  ALBERT L. BRYANT v. SHOCKLEY REALTY AND DEVELOPMENT, INC.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Albert L. Bryant appealed to the superior court, which issued a writ of possession in favor of Shockley Realty and Development, Inc. on August 16, 2016. Bryant then filed this application for discretionary appeal on September 14, 2016. We, however, lack jurisdiction.

Generally, an application for discretionary appeal may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). However, appeals from judgments in dispossessory actions must be filed within 7 days of the date the judgment was entered. OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, Bryant filed this application 29 days after the superior court's order was entered. For this reason, Bryant's application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*  09/22/2016
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*